1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5

6  Counsel for Defendant HERNANDEZ DE LA PAZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. CR 09-0196 MMC
                                       )   No. CR 09-0123 MMC
12           Plaintiff,                )   **STIPULATION AND ~~[PROPOSED]~~**
                                       )   **ORDER EXCLUDING TIME UNDER**
13      v.                             )   **THE SPEEDY TRIAL ACT ;**
                                       )   **CONTINUING STATUS CONFERENCE;**
14 JUAN HERNANDEZ DE LA PAZ,           )   **CONTINUING SUPERVISED RELEASE**
                                       )   **HEARING**
15           Defendant.                )
   _____ )
16

17                            **STIPULATION**

18        The parties agree to continue the status hearing in the above-captioned matter from May

19 13, 2009 until June 3, 2009 at 2:30 p.m.  The reason for the continuance is that additional time is

20 required to complete the psychiatric evaluation.

21        For the foregoing reasons, the parties agree to the stated continuance and request that time

22 be excluded under the Speedy Trial Act based upon the need for effective preparation and

23 continuity of counsel.  Accordingly, the parties agree to and request that the status hearing be

24 continued until June 3, 2009, at 2:30 p.m. and time should be excluded from the Speedy Trial

25 Act calculation until that date.

26 / / /

1    IT IS SO STIPULATED.

2

3    Dated:     May 11, 2009                    _____/s/_____
                                               RONALD C. TYLER
4                                              Assistant Federal Public Defender
                                               Counsel for Juan Hernandez de la Paz
5

6    Dated:     May 11, 2009                    _____/s/_____
                                               JEANE HAMILTON
7                                              Assistant United States Attorney

8

9                          [PROPOSED] ORDER

10        The Court finds as follows:

11        The ends of justice are served by granting the requested continuance, given that failure to

12   do so would deny counsel for the defendant the reasonable time necessary for effective

13   preparation, taking into account the exercise of due diligence, and would unreasonably deny the

14   defendant continuity of counsel.
                  The
15   ~~te~~ aforementioned ends of justice outweigh the best interest of the public and the

16   defendant in a speedy trial.
                                          10,
17        Accordingly, this matter is continued until June 3, 2009 at 2:30 p.m.  Pursuant to the
                                                        (7)                (7)
18   Speedy Trial Act Title 18 United States Code  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the

19   period from May 13, 2009 until June 3, 2009 is excluded in computing the time within which the

20   trial of this matter must commence.

21

22        IT IS SO ORDERED.

23

24   Dated:     May 12, 2009                    _____
                                               HONORABLE MAXINE M. CHESNEY
25                                             UNITED STATES DISTRICT COURT JUDGE

26