1   BARRY J. PORTMAN
    Federal Public Defender
2   RONALD C. TYLER
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    19 th Floor, Box 36106
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5

6   Counsel for Defendant HERNANDEZ DE LA PAZ

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )    CR-09-0123 MMC
                                     )    CR-09-0196 MMC
        Plaintiff,                   )
13                                   )    **STIPULATION AND [PROPOSED]**
        v.                           )    **ORDER CONTINUING SENTENCING**
14                                   )    **HEARING**
    JUAN HERNANDEZ DE LA PAZ,        )
15                                   )
        Defendant.                   )
16  _____)

17

18          Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

    set for Wednesday, September 9, 2009, at 2:30 p.m. be continued to October 7, 2009, at 2:30
20
    p.m.  The reason for the continuance is that defense counsel is on leave for the balance of the
21
    currently scheduled presentence period and thus unable to complete defense preparations.
22
            All parties and the probation officer are available on the requested date.
23
    / /
24
    / /
25
    / /
26
    STIPULATION AND [PROPOSED]
    ORDER CONTINUING HEARING;
    CR 09-0123 MMC
    CR 09-0196 MMC              1

1    IT IS SO STIPULATED.

2

3    Dated:    August 13, 2009              ____/s/_____

4                                          RONALD C. TYLER
                                           Assistant Federal Public Defender
                                           Counsel for Juan Hernandez de la Paz
5

6    Dated:    August 13, 2009              ____/s/_____

7                                          DAVID WARD
                                           Assistant United States Attorney

8

9                          **[PROPOSED] ORDER**

10        GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11   aforementioned matter currently set for September 9, 2009 shall be continued to October 7, 2009,

12   at 2:30 p.m.

13        **IT IS SO ORDERED**.

14

15

16

17   Dated:   August 14, 2009              _____

18                                         HONORABLE MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING;
CR 09-0123 MMC
CR 09-0196 MMC                              2